**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**AMBER M. OWENS** **PLAINTIFF**

**v.** **NO. 3:26-cv-00123-PSH**

**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

# JUDGMENT

Pursuant to the Order entered this day, judgment is entered for plaintiff Amber M. Owens.

IT IS SO ORDERED this 5th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE